United States District Court
Southern District of Texas
**ENTERED**
September 04, 2024
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| LAWRENCE ROWE, | § | CIVIL ACTION NO |
| Plaintiff, | § | 4:24-cv-00489 |
| | § | |
| | § | |
| vs. | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| | § | |
| JAMES A. DORIS and | § | |
| CAMBER ENERGY INC, | § | |
| Defendants. | § | |

## MINUTE ENTRY AND ORDER

Minute entry for INITIAL CONFERENCE before Judge Charles Eskridge on August 30, 2024. All parties present and represented by counsel.

The Court addressed the motion to dismiss by Defendants. Dkt 18.

The motion was taken under advisement.

The parties should continue to confer in good faith regarding settlement.

SO ORDERED.

Signed on August 30, 2024, at Houston, Texas.

*[Signature]*
Hon. Charles Eskridge
United States District Judge