United States District Court
Southern District of Texas
**ENTERED**
March 31, 2025
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| LAWRENCE ROWE, | § | CIVIL ACTION NO |
| Plaintiff, | § | 4:24-cv-00489 |
| | § | |
| vs. | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| JAMES A. DORIS and | § | |
| CAMBER ENERGY INC, | § | |
| Defendants. | § | |

## FINAL JUDGMENT

This action is DISMISSED WITH PREJUDICE for the reasons stated in the opinion and order entered this same day.

This is a FINAL JUDGMENT under Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED.

Signed on March 31, 2025, at Houston, Texas.

_____
Hon. Charles Eskridge
United States District Judge